## STATE, EX REL. ATTORNEY GENERAL v. SPEAKE, JUDGE.

(Decided June 18, 1914.)

ORIGINAL petition in Supreme Court.

R. C. BRICKELL, Attorney General and E. W. GODBEY, for petitioner. WERT & LYNNE, contra.

Per curiam. Application for prohibition. Writ denied.

---

## STATE, EX REL. ATTORNEY GENERAL v. LAWLER, JUDGE.

(Decided May 1, 1914.)

ORIGINAL petition in Supreme Court on Impeachment.

R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General. SPRAGINS & SPEAKE, and COOPER & COOPER, contra.

Per curiam. Proceedings dismissed for want of proof to sustain charges.

---

## WELCH, ET AL. v. BORGER, ET AL.

(Decided April 22, 1914.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

PERCY, BENNERS & BURR, and H. K. WHITE, for appellant. COLLIER & SCRIVNER and WRIGHT & FITE, for appellee.

Per curiam. Appeal dismissed on motion of appellee.